UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACRISURE, LLC,

        Plaintiff,                                        Case No. 1:24-cv-00318-JMB-PJG

v.                                                        Hon. Jane M. Beckering

MATTHEW KELLY, et al.,

        Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Evidentiary Hearing |
| Date/Time: | May 2, 2024   01:30 PM<br>*(previously set for April 9, 2024 at 11:00 AM)* |
| District Judge: | Jane M. Beckering |
| Place/Location: | 601 Federal Building, Grand Rapids, MI |

                                                                JANE M. BECKERING
                                                                 United States District Judge

Dated:  March 29, 2024         By:   /s/ Lauren E. Packard_____
                                                           Judicial Assistant